**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

UNITED STATES OF AMERICA                                                    PLAINTIFF

vs.                              NO. 4:05CR00251-001 SWW

STEPHANIE YVONNE JONES                                              DEFENDANT

### ORDER

The above entitled cause came on for hearing May 15, 2013 on government's petition to revoke the supervised release previously granted this defendant in the United States District Court for the Eastern District of Arkansas. Based upon the admissions of defendant and statements of counsel, the Court found that defendant has violated the conditions of supervised release without just cause.

IT IS THEREFORE ORDERED AND ADJUDGED that the supervised release previously granted this defendant, be, and it is hereby, **revoked**, granting government's motion [doc #33].

IT IS FURTHER ORDERED that defendant shall serve a term of imprisonment of *FIFTEEN (15) MONTHS* in the custody of the Bureau of Prisons. The Court recommends that defendant be incarcerated as close as possible to Milwaukee, Wisconsin.

There will be *ONE (1) YEAR* of supervised release following the term of incarceration and shall include the following special conditions:

> Defendant must pay restitution as follows: remainder of restitution in the amount $15,955.17 as previously ordered in the judgment and commitment order and $200 to Metropolitan National Bank. Restitution is mandatory and payable during the term of incarceration and supervised release. During incarceration, the defendant will pay 50% per month of all funds that are available to her. During residential reentry placement, payments will be reduced to 10% of the defendant's gross monthly income. Following release from the residential reentry center, payments will continue to be 10% per month of the defendant's monthly gross

income for the balance of the term of supervised release. The interest requirement is waived.

Defendant shall follow all standard conditions of supervised release and all other conditions previously imposed.

The defendant is remanded to the custody of the United States Marshal Service.

IT IS SO ORDERED this 23rd day of May 2013.

/s/Susan Webber Wright

United States District Judge